UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

| | |
|---|---|
| DESIREE N. GLENISTER, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:13-cv-274 |
| ) | |
| v. ) | Honorable Joseph G. Scoville |
| ) | |
| COMMISSIONER OF ) | |
| SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**<u>ORDER OF TRANSFER</u>**

This is a social security action brought under 42 U.S.C. § 405(g) seeking review of a final decision of the Commissioner of Social Security. Plaintiff simultaneously filed *pro se* complaints in the Eastern and Western Districts of Michigan seeking review of the Commissioner's decision. Plaintiff is a resident of Gaylord, which is located in Otsego County in the Eastern District. The documents plaintiff filed in the Eastern District case, *Glenister v. Commissioner*, 2:13-cv-11139 (E.D. Mich.), reveal that she moved to Michigan while her request for review by the Appeals Council was pending. (docket # 1 at ID# 3). Venue is improper in this district because plaintiff's request for judicial review of the Commissioner's decision has no connection to the Western District of Michigan. Venue is proper in the Eastern District. *See* 42 U.S.C. § 405(g). This case will be transferred to the Eastern District of Michigan. It will be up to that court to determine whether this case should be dismissed or consolidated with case number 2:13-cv-11139. Accordingly,

IT IS ORDERED that this case is hereby transferred to the United States District Court for the Eastern District of Michigan for improper venue under 28 U.S.C. § 1406(a).

DONE AND ORDERED this 22nd day of March, 2013.

/s/ Joseph G. Scoville
United States Magistrate Judge